IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COAL RIVER MOUNTAIN WATCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 13-cv-1606 (KBJ) |

**STIPULATED SETTLEMENT AGREEMENT REGARDING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS**

This Stipulated Agreement (hereinafter, "Agreement") is made between Plaintiff Coal River Mountain Watch and Federal Defendants the United States Department of the Interior; the Office of Surface Mining Reclamation and Enforcement ("OSMRE"); Ryan Zinke, in his official capacity as Secretary of the Interior; and Glenda Owens, in her official capacity as Acting Director of OSMRE, (together, "the Parties").

WHEREAS, on January 4, 2017, the Parties jointly moved to stay the deadline for filing a petition for attorneys' fees and costs to allow them time to negotiate fees and costs (ECF No. 44);

WHEREAS, the Parties believe it is in the interests of judicial economy and the Parties' interests to avoid litigating a fees motion;

WHEREAS, the Parties have engaged in extensive, good faith, and confidential settlement negotiations concerning Plaintiff's request for attorneys' fees and costs;

1

WHEREAS, the Parties have reached an agreement as to an appropriate settlement of Plaintiff's request for fees and costs and agree that settlement of this action in this manner is in the public interest and is an appropriate way to resolve Plaintiff's request for fees and costs;

WHEREAS, the Parties enter the Agreement below without any admission of fact or law, or waiver of any claims or defenses, factual or legal, except as specified in the Agreement;

THEREFORE, in the interests of the public, the Parties, and judicial economy, the Parties hereby stipulate to the following:

1.  Federal Defendants agree to pay and Plaintiff agrees to accept the lump sum total of $60,332.06 in full and complete satisfaction of any and all claims, requests, demands, rights, and causes of action pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), the Surface Mining Control and Reclamation Act of 1977 ("SMCRA"), 30 U.S.C. § 1275(e), and/or any other statute and/or common law theory, for all attorneys' fees, costs, and expenses incurred by Plaintiff in this litigation.

2.  This payment of $60,332.06 shall be paid no later than 90 days from the date that Plaintiff provides the information necessary to complete the electronic transfer described in Paragraph 3.

3.  The payment of $60,332.06 will be made by electronic transfer to the client trust account of Plaintiff's attorneys, the Georgetown University Law Center Institute for Public Representation, 600 New Jersey Avenue NW, Suite 312, Washington, DC 20001-2075.  The transfer will be made using the information separately provided by counsel for Plaintiff (including the name and address of the payee, bank name, address, phone number, account type, routing number, account number, tax ID number, and name and number of contact person).  Counsel for Plaintiff will promptly provide the information necessary for Federal Defendants to

process the electronic transfer after the Court's approval of this Agreement.  Plaintiff's attorneys agree to send confirmation of the receipt of the payment to counsel for Federal Defendants within fourteen (14) days of such payment.

      4.      Plaintiff and Plaintiff's counsel agree to hold the United States harmless in any dispute between Plaintiff and Plaintiff's counsel arising from the authorized transfer of the agreed-upon settlement amount.

      5.      Plaintiff agrees that receipt of this payment from the United States shall operate as a release of any and all claims for attorneys' fees, costs, and expenses that Plaintiff may have against all Federal Defendants under any authority with respect to any aspect of this litigation. Plaintiff further agrees that all claims Plaintiff may have for attorneys' fees and costs shall be dismissed with prejudice upon entry of the Proposed Order adopting this Agreement.

      6.      No provision in this Agreement shall be interpreted as or constitute a commitment or requirement that Federal Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

      7.      The Parties agree that this Agreement is a compromise to avoid further litigation only.  This Agreement does not represent an admission by any Party to any fact, claim, or defense relating to any issue in this litigation.  It has no precedential value and shall not be used as evidence of any precedent in any litigation.

      8.      This Agreement shall apply to and be binding upon the Parties, their members, delegates and assigns.  The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Agreement and to legally bind the Parties to it.

      IT IS HEREBY STIPULATED

Dated: June 16, 2017  /s/ *Peter J. DeMarco*
Peter J. DeMarco, Staff Attorney
D.C. Bar No.: 1029471
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001
Phone: 202-662-9549
Fax: 202-662-9634
peter.demarco@georgetown.edu

Hope Babcock, Director
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Ave NW, Suite 312
Washington, DC 20001
Phone: 202-662-9535
hope.babcock@law.georgetown.edu

*Counsel for Plaintiff Coal River Mountain Watch*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ *Clare M. Boronow*
CLARE M. BORONOW
Trial Attorney (Admitted to the Maryland Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1362
Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COAL RIVER MOUNTAIN WATCH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-cv-1606 (KBJ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) |
| Defendants. | ) |

**ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT**

The Parties have reached and filed a Stipulated Settlement Agreement regarding Plaintiff's request for attorneys' fees and expenses, and the Court has reviewed the terms and conditions of the agreement. It is hereby

**ORDERED** that the Stipulated Settlement Agreement is **APPROVED**. The terms and conditions of the Parties' Stipulated Settlement Agreement are hereby incorporated into this Order.

SO ORDERED.

Date: August 4, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge